CHIEF JUSTICE
 CAROLYN WRIGHT
JUSTICES
 DAVID L. BRIDGES
 MOLLY FRANCIS
 DOUGLAS S. LANG
 ELIZABETH LANG-MIERS
 ROBERT M. FILLMORE
 LANA MYERS
 DAVID EVANS
 DAVID LEWIS
 ADA BROWN
 CRAIG STODDART
 BILL WHITEHILL
 DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

October 2, 2015

Honorable Dominique Collins
Presiding Judge
Criminal District Court No. 4
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-41
Dallas, TX 75207

Re:     **STATUS INQUIRY**
        05-15-00143-CR, Torrey Goodson v. The State of Texas

Dear Judge Collins:

On August 28, 2015, this Court ordered the trial court to make findings regarding why appellant's brief has not been filed.  To date, we have not received the findings or appellant's brief. Therefore, please notify us of the status of the findings within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

                        Sincerely,

            /s/     Lisa Matz, Clerk


cc:     Felicia Pitre, Dallas County District Clerk
        Jeff Buchwald
        Lori Ordiway

ltr:mrh